1  JOEL D. SIEGEL (Bar No. 155581)
   joel.siegel@dentons.com
2  PAUL M. KAKUSKE (Bar No. 190911)
   paul.kakuske@dentons.com
3  POOJA L. SHAH (Bar No. 330550)
   pooja.l.shah@dentons.com
4  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
5  Los Angeles, California 90017-5704
   Tel: (213) 623-9300 / Fax: (213) 623-9924
6
   SONIA R. MARTIN (Bar No. 191148)
7  sonia.martin@dentons.com
   DENTONS US LLP
8  1999 Harrison Street, Suite 1300
   Oakland, California 94612
9  Tel: (415) 882-5000 / Fax: (415) 882-0300

10 Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br>NATIONWIDE MUTUAL INSURANCE CO., an Ohio corporation; and DOES 1 through 25, inclusive,<br>　　　　Defendants. | Case No. 2:22-cv-06177 MEMF (SKx)<br><br>**DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date: January 12, 2023<br>Time: 10:00 a.m.<br>Dept.: 8B<br><br>Hon. Maame Ewusi-Mensah Frimpong |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Nationwide Mutual Insurance Co. ("Nationwide") respectfully requests that the Court take judicial notice of Exhibits A-N, listed below, submitted

- 1 -

in support of Nationwide's concurrently filed Motion to Dismiss Plaintiff's First Amended Complaint.

Under Federal Rule of Evidence 201, "if requested by a party and supplied with the necessary information," a court "shall" take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b), (d). The Court may take judicial notice of Exhibits A-T because they are comprised of court filings, which are proper subjects of judicial notice. *See In re Korean Air Lines Co., Ltd.,* 642 F.3d 685, 689 n. 1 (9th Cir. 2011) (citing *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other case")); *see also Vasserman v. Henry Mayo Newhall Mem'l Hosp.,* No. 14-06245, 2014 WL 6896033, at *4 (C.D. Cal. Dec. 5, 2014) (observing that court orders and filings are proper subjects of judicial notice) (citing *United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007)) (noting that a court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue").

Nationwide hereby respectfully requests that this Court take judicial notice of the true and correct copies of the following documents:

1. Complaint filed by Plaintiff Sonja Valenzuela on July 20, 2022 in Los Angeles Superior Court: *Sonja Valenzuela v. Massage Envy Franchising, LLC*, Case No. 22STCV23456 (attached hereto as **Exhibit A**).

2. Complaint filed by Plaintiff Sonja Valenzuela on July 22, 2022 in Los Angeles Superior Court: *Sonja Valenzuela v. AFLAC Incorporated*, Case No. 22STCV23742 (attached hereto as **Exhibit B**).

3. Complaint filed by Plaintiff Sonja Valenzuela on July 22, 2022 in Los Angeles Superior Court: *Sonja Valenzuela v. Michael Kors (USA) Inc.*, Case No. 22STCV23635 (attached hereto as **Exhibit C**).

4. First Amended Complaint filed by Plaintiff Sonja Valenzuela in United States District Court, Central District of California: *Sonja Valenzuela v. Michael Kors (USA) Inc.*, Case No. 2:22-cv-05902-SPG-AFM (attached hereto as **Exhibit D**).

5. Complaint filed by Plaintiff Sonja Valenzuela on July 27, 2022 in Los Angeles Superior Court: *Sonja Valenzuela v. Under Armour, Inc.*, Case No. 22STCV24206 (attached hereto as **Exhibit E**).

6. Complaint filed by Plaintiff Sonja Valenzuela on August 1, 2022 in the United States District Court, Central District of California: *Sonja Valenzuela v. M.A.C. Cosmetics*, Case No. 5:22-cv-01360-JGB-KK (attached hereto as **Exhibit F**).

7. First Amended Complaint filed by Plaintiff Sonja Valenzuela in the United States District Court, Central District of California: *Sonja Valenzuela v. M.A.C. Cosmetics*, Case No. 5:22-cv-01360-JGB-KK (attached hereto as **Exhibit G**).

8. Complaint filed by Plaintiff Sonja Valenzuela on August 3, 2022 in Los Angeles Superior Court: *Sonja Valenzuela v. The Kroger Co.*, Case No. 22STCV25119 (attached hereto as **Exhibit H**).

9. Complaint filed by Plaintiff Sonja Valenzuela on August 3, 2022 in Los Angeles Superior Court: *Sonja Valenzuela v. BJ's Wholesale Club*, Case No. 22STCV25022 (attached hereto as **Exhibit I**).

10. Complaint filed by Plaintiff Sonja Valenzuela on August 12, 2022 in Los Angeles Superior Court: *Sonja Valenzuela v. Kaspersky Lab, Inc.*, Case No. 22STCV26119 (attached hereto as **Exhibit J**).

11. Complaint filed by Plaintiff Sonja Valenzuela on September 6, 2022 in the United States District Court, Central District of California: *Sonja Valenzuela v. AIG Direct Insurance Services, Inc.*, Case No. 5:22-cv-01561-SS-KK (attached hereto as **Exhibit K**).

12. First Amended Complaint filed by Plaintiff Annette Cody on September 19, 2022 in the United States District Court, Central District of California: *Annette Cody v. Boscov's Inc.*, Case No. 8:22-cv-01434 (attached hereto as **Exhibit L**).

13. First Amended Complaint filed by Plaintiff Arisha Byars on September 20, 2022 in the United States District Court, Central District of California: *Arisha Byars v. Rite Aid Corp.*, Case No. 5:22-cv-01377 (attached hereto as **Exhibit M**).

14. First Amended Complaint filed by Plaintiff Arisha Byars on September 21, 2022 in the United States District Court, Central District of California: *Arisha Byars v. Goodyear Tire and Rubber Corp.*, Case No. 5:22-cv-01358 (attached hereto as **Exhibit N**).

Dated: October 14, 2022

Respectfully submitted,

DENTONS US LLP

By: */s/ Joel D. Siegel*
    Sonia R. Martin
    Joel D. Siegel
    Paul M. Kakuske
    Pooja L. Shah

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE CO.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300