PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE CO., an Ohio corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06177-MEMF-SK<br>Assigned to Judge Maame Ewusi-Mensah Frimpong<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Filed: July 26, 2022<br>Removed: August 30, 2022 |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sonya Valenzuela ("Plaintiff") and Defendant Nationwide Mutual Insurance Co., stipulate and jointly request that this Court enter a dismissal *with prejudice* of Plaintiff's First Amended Complaint in the above-entitled action and *without prejudice* as to the putative class. No class has been certified and there is no settlement or concession of class interests. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Respectfully submitted,

Dated: August 15, 2024         **PACIFIC TRIAL ATTORNEYS, APC**

By: */s/ Scott J. Ferrell*
   Scott J. Ferrell
   Attorney for Plaintiff
   Sonay Valenzuela

Dated: August 15, 2024         **DENTONS US LLP**

By: */s/ Pooja L. Shah*
   Pooja L. Shah
   Attorneys for Defendant
   Nationwide Mutual Insurance Co.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2024, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                        */s/ Scott J. Ferrell*
                         Scott J. Ferrell