# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE CO., an Ohio corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06177-MEMF-SK<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Filed: July 26, 2022<br>Removed: August 30, 2022 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

1  The Court, having considered the parties' Stipulation for Dismissal Pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with
3  prejudice Plaintiff's First Amended Complaint in the above-entitled action and *without*
4  *prejudice* as to the putative class.  Each party shall bear its own costs and attorneys'
5  fees.

7  IT IS SO ORDERED.

9  Dated:_____         By: _____
                                       Hon. Maame Ewusi-Mensah Frimpong
10                                      United State District Judge

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**