JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE CO., an Ohio corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06177-MEMF-SK<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Filed: July 26, 2022<br>Removed: August 30, 2022 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's First Amended Complaint in the above-entitled action and *without prejudice* as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 3, 2024          By: _____
                                        Maame Ewusi-Mensah Frimpong
                                        United State District Judge

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**